**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-12569 |
| | : | |
| BRADEN PAUL ROBINSON | : | SECTION "B" |
| MICHELLE THIBODAUX ROBINSON | : | |
| | : | |
| DEBTORS | : | CHAPTER 7 |

| | | |
|---|---|---|
| | : | |
| AARON E. CAILLOUET, TRUSTEE | : | |
| | : | |
| VERSUS | : | ADVERSARY NO. 14-1043 |
| | : | |
| BRADEN PAUL ROBINSON, | : | |
| MICHELLE THIBODAUX ROBINSON | : | |
| TERRI M. ROBINSON, | : | |
| R.C. PROPERTY INVESTMENTS, LLC, | : | |
| MICHELLE THIBODAUX ROBINSON | : | |
| (IN HER CAPACITY AS TRUSTEE OF THE | : | |
| BRADEN AND MICHELLE ROBINSON | : | |
| CHILDREN'S TRUST) | : | |

## DEFAULT JUDGMENT

On January 14, 2015, Aaron E. Caillouet, Trustee, ("Trustee" or "Plaintiff") filed his Motion for Default Judgment (P-26) ("Motion"). Braden Robinson and Michelle Robinson, Debtors and Co-defendants herein ("Debtors"), filed a Memorandum in Opposition to Motion for Default Judgment on January 28, 2015 (P-29) ("Opposition"). On February 2, 2015, the Trustee filed a Reply Memorandum to Opposition to Motion for Default Judgment (P-30) ("Reply"). A hearing on the Motion, Opposition and Reply was held on February 4, 2015 ("Hearing").

Appearing at the Hearing were:

**Fernand L. Laudumiey, IV**, Attorney for the Trustee/Plaintiff

**Andrew L. Kramer,** Attorney for the Debtors/Co-Defendants

**NOW THEREFORE**, based upon the Court's review of the pleadings, the evidence submitted in support of the motion, the arguments of counsel, and the entire record of this case, the Court having found that proper notice was given to all defendants, and for the reasons orally assigned at the Hearing;

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that:

1. The Motion is GRANTED;

2. The (i) July 24, 2007 Promissory Note in the amount of $150,000 executed by the Debtors in favor of Terri M. Robinson, and (ii) the July 24, 2007 Mortgage executed by Debtors in favor of Terri M. Robinson (recorded on October 7, 2007 as Instrument No. 915997 in the public records of Orleans Parish ) be and are hereby found to be an absolute simulation and are ANNULLED and AVOIDED against Terri M. Robinson as the initial transferee pursuant to 11 U.S.C. §544(b) and La. C.C. art 2026, *et al.*

**IT IS FURTHER ORDERED** that counsel shall serve this judgment on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, February 9, 2015.

_____
Jerry A. Brown
U.S. Bankruptcy Judge